# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| LAWRENCE WILLIAMS | ) Case No:  94-cr-00254-RPM-02 |
| a/k/a "Pierre" | ) |
| a/k/a "Trips 2" | ) USM No: 25599-013 |
| Date of Previous Judgment:  February 16, 1996 | ) Edward R. Harris, Appointed |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in
the last judgment issued) of  360 months on Counts 1, 11, 12 and 14 **is reduced to** 292 months on those counts, to run
concurrently with each other and to the sentence imposed on Counts 13 and 19.

### I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 42 | Amended Offense Level: | 40 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 360 mos. to life | Amended Guideline Range: | 292 to 365 months |

### II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time
of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the
amended guideline range.
☐ Other (explain):

### III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  February 16, 1996  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  August 5, 2008

Judge's signature

Effective Date: _____
(if different from order date)

Richard P. Matsch, Senior U.S. District Judge
Printed name and title